# COURT MINUTES

Page 23

## Magistrate Judge Chris M. McAliley

Atkins Building Courthouse - 6th Floor     Date: 7/5/2022    Time: 10:00 a.m.

Defendant: Onur Aksoy    J#: 07569-506    Case #: 22-MJ-3140-OTAZO REYES
AUSA: Shane Butland    Attorney: Celeste Siblesz Higgins (TEMP) ✓(PERM)
Violation: WARR/COMPLAINT/DIST/NJ/MAIL FRAUD
Proceeding: Removal/Detention/RRC    CJA Appt:
Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond: TEMP PTD
Bond Set at:    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services / Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
*Brady order was given
Def atty filed notice of Permanent appearance.
Detention hearing held
S/A - Floyd Martinez (GSA) sworn and testified

Bond to be revisited on 7/8/22 10:00 Duty
Deft waived removal
Waiver executed in open court.
Deft to remain in custody until hearing on 7/8

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing: 7/8/22   10:00   Duty
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 12:23:14 ; 13:50:54    Time in Court: 1 hour 27 Min